Wayne D. Lonstein, Esq.
NYS Bar No. #2114064
Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C
80 North Main Street, P.O. Box 351
Ellenville, New York 12428
Tel: (845) 647-8500
Fax: (845) 647-6277
Email: Legal@signallaw.com

Jefferson H. West, Esq.
ID Bar No. # 6306
Local Counsel for Plaintiff
Fletcher & West, LLP
1020 W. Main Street, Suite 470
Boise, ID 83702
Telephone: (208)336-2202
Email: jefferson@fletcherwest.com

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO
BOISE DIVISION

---------------------------------------------------------------
DIRECTV, LLC, a California limited liability company,

      Plaintiff,

 -against-

RICK R. VALENZUELA, Individually, and as officer, director, shareholder, principal, member and/or manager of R & J RESTAURANTS LLC, d/b/a RICK'S PRESS ROOM GRILL & BAR,

and

R & J RESTAURANTS LLC, d/b/a RICK'S PRESS ROOM GRILL & BAR,

**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL**

Civil Action No. 1:13-CV-00230-BLW

                Defendants.
-----------------------------------------------------------------

**PLEASE TAKE NOTICE THAT** the parties have settled the within and foregoing action with each party to bear its own costs.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration by **April 26, 2014.** The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 18, 2013
       Ellenville, New York

                Respectfully submitted,

                **DIRECTV, LLC**

                By: /s/Wayne D. Lonstein
                WAYNE D. LONSTEIN, ESQ.
                Attorney for Plaintiff
                LONSTEIN LAW OFFICE, P.C.
                Office and P.O. Address
                80 North Main Street : P.O. Box 351
                Ellenville, NY  12428
                Telephone:  (845) 647-8500
                Facsimile:   (845) 647-6277
                Email: Legal@signallaw.com
                *Our File No. ES12-08ID-05U*

                /s/ Jefferson H. West

                    JEFFERSON H. WEST, ESQ.
                    ID Bar No. # 6306
                    Local Counsel for Plaintiff
                    Fletcher & West, LLP
                    1020 W. Main Street, Suite 470
                    Boise, ID 83702
                    Telephone: (208)336-2202
                    jefferson@fletcherwest.com


**SO ORDERED** this \_\_\_\_day of _____, 2013


_____
**HON. B. LYNN WINMILL**
**UNITED STATES DISTRICT COURT  JUDGE**