IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>   v.<br>RICK R. VALENZUELA, Individually, and as officer, director, shareholder, principal, member and/or manager of R & J RESTAURANTS LLC, d/b/a RICK'S PRESS ROOM GRILL & BAR,<br>and<br>R & J RESTAURANTS LLC, d/b/a RICK'S PRESS ROOM GRILL & BAR,<br><br>  Defendants. | Case No.  1:13-CV-230-BLW<br><br>**ORDER** |

Pursuant to the Notice of Settlment (docket no. 9), and finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that this case be ADMINISTRATIVELY TERMINATED, without prejudice to the right of the plaintiff to move to reopen the case in the event of non-payment of the consideration due April 26, 2014.

IT IS FURTHER ORDERED, that the Clerk close this case pursuant to this administrative termination.

**Order - 1**



DATED: **August 5, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 2**